IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-327-DCK

| | |
|---|---|
| INTERFACE SECURITY SYSTEMS, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FAMILY DOLLAR, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension Of Time To Select Mediator" (Document No. 15) filed September 30, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extension Of Time To Select Mediator" (Document No. 15) is **GRANTED**. The parties shall file a report identifying their selected mediator on or before **October 15, 2021**.

Signed: October 1, 2021

David C. Keesler
United States Magistrate Judge