IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-327-DCK

| INTERFACE SECURITY SYSTEMS, L.L.C., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| FAMILY DOLLAR, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 60) filed by Caroline Bassett Warren, concerning Victoria B. Kush, on June 30, 2023. Victoria B. Kush seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 60) is **GRANTED**. Victoria B. Kush is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 30, 2023

David C. Keesler
United States Magistrate Judge